# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 19-cv-01097-RM

DAVID LEE SMITH, and
MARY JULIA HOOK

    Plaintiffs,

v.

LNV Corporation, Inc.

    Defendant.

---

# ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* upon review of Plaintiffs' complaint after the withdrawal of reference to the Bankruptcy Court of Adversary Proceeding No. 18-1250-TBM. After such review, and taking judicial notice of Civil Action No. 14-cv-00955-RM-SKC (*Hook I*), the Court finds the complaint in this action (No. 19-cv-01097 (*Hook II*)) contains nearly identical allegations as that raised by Plaintiffs in *Hook I*. In fact, the complaint in this action incorporates Plaintiffs' pleading in *Hook I*. And, as Plaintiffs are well aware, the Court ruled in favor of LNV in *Hook I* on Plaintiffs' defenses/counterclaims which are stated to be claims herein. For example, Plaintiffs allege LNV lacks standing and its claims violate the automatic stay and discharge order, arguments which the Court has considered and rejected repeatedly in *Hook I*. Accordingly, it is **ORDERED**

    (1) That on or before Monday, May 13, 2019, **the parties** shall **SHOW CAUSE** why this action should not be dismissed based on (a) improper claim splitting, *see, e.g., Katz v.*

*Gerardi,* 655 F.3d 1212, 1217 (10th Cir. 2011); (b) claim and/or issue preclusion due to the Court's rulings and orders in *Hook I*; and (c) the same rationale and bases as the numerous orders entered by the Court in *Hook I* which are directed to the same allegations and claims raised in *Hook II* (*e.g.,* ECF No. 301 (summary judgment regarding *Rooker-Feldman* doctrine and claim preclusion, and striking of allegations of fraudulent concealment/refusal to disclose relevant documents), No. 303 (summary judgment on priority of interests), No. 306 (Rule 12(c) dismissal and pleading fraud), No. 320 (summary judgment regarding liens, foreclosure, and money judgment), No. 387 (denial of motion to dismiss regarding lack of subject matter jurisdiction, violation of bankruptcy discharge and injunction), No. 404 (summary judgment on additional amounts owed)); and

(2) That the deadline for Defendant LNV to respond to Plaintiffs' complaint is hereby extended to and including 20 days after the Court resolves this show cause order.

SO ORDERED.

DATED this 22nd day of April, 2019.

                                                                  BY THE COURT:

                                                                  RAYMOND P. MOORE
                                                                  United States District Judge