IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-01097-RM

DAVID LEE SMITH, and
MARY JULIA HOOK

    Plaintiffs,

v.

LNV CORPORATION, INC.

    Defendant.

---

# ORDER

---

This matter is before the Court on "Plaintiffs' Motion to Disqualify United States District Judge Raymond P. Moore; Request to Transfer Motion to the Chief Judge of the United States District Court for the District of Colorado for Hearing and Determination; Request for Stay of Proceedings Pending Resolution of Motion" (the "Motion") (ECF No. 13). The Motion is filed pursuant to 28 U.S.C. § 455(a) and seeks three forms of relief: (1) that this Motion be transferred to Chief Judge Philip A. Brimmer for a hearing; (2) that this Motion be granted; and (3) that this proceeding be stayed until the Motion is resolved. In fact, except for changing matters relating to the caption and parties, this Motion is the exact same motion which was filed in Civil Action No. 18-cv-03259-RM and which the Court has already denied. Upon consideration of the Motion,[1] and being otherwise fully advised, for the same reasons stated in the Court's Order in Civil Action No. 18-cv-03259-RM at ECF No. 31, the Court finds the requested relief may not be had.

---

[1] The Court finds no further briefing is required. *See* D.C.COLO.LCivR 7.1(d) ("Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.").

First, Plaintiffs provide no authority which requires that this Motion be heard by Judge Brimmer. *See* 28 U.S.C. § 455 ("Any justice, judge, or magistrate judge of the United States shall disqualify *himself* in any proceeding in which his impartiality might reasonably be questioned." (emphasis added)). Next, Plaintiffs fail to show, factually or legally, that any hearing is required or necessary. *See* D.C.COLO.LCivR 7.1(h) ("A motion may be decided without oral argument, at the court's discretion."). Third, Plaintiffs' cursory reliance on an adverse decision fails to support disqualification. After all, "speculation, beliefs, conclusions, and other non-factual matters" and "prior rulings that were adverse to the moving party in this proceeding, or in another proceeding, solely because they were adverse" do not merit disqualification. *Estate of Bishop v. Equinox Int'l Corp.*, 256 F.3d 1050, 1058 (10th Cir. 2001). *See also Gibbs v. Astrue*, 449 F. App'x 744, 746 (10th Cir. 2011) (unpublished); *Fitzgerald v. Zenon*, 136 F. App'x 209, 211 (10th Cir. 2005) (unpublished). Finally, as the Court has ruled on Plaintiffs' Motion, their request for a stay is moot. Based on the foregoing, it is

ORDERED that "Plaintiffs' Motion to Disqualify United States District Judge Raymond P. Moore; Request to Transfer Motion to the Chief Judge of the United States District Court for the District of Colorado for Hearing and Determination; Request for Stay of Proceedings Pending Resolution of Motion" (ECF No. 13) is DENIED.

DATED this 21st day of May, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge